

STATE OF FLORIDA

# Office of the Governor

THE CAPITOL
TALLAHASSEE, FLORIDA 32399-0001

www.flgov.com
850-717-9418

**RON DeSANTIS**
GOVERNOR

February 5, 2026

Gabby Gomez
Extradition Coordinator
Office of the Governor
P.O. Box 12428
Capitol Station
Austin, Texas 78711-2428

**90th day on or about: 2/26/2026**

Dear Ms. Gomez:

At the request of Governor DeSantis, I am enclosing an extradition requisition for the return of **KEVIN LEWIS WALKER** to the State of Florida.

If this requisition is honored, please forward the necessary papers and the agent's appointment to the **WILLIAMSON COUNTY SHERIFF'S OFFICE, GEORGETOWN, TEXAS,** requesting them to notify the following agency when the subject is available for release to Florida:

The Honorable John Budensiek
Sheriff, Martin County
800 S.E. Monterey Road
Stuart, Florida 34994-4599
(772) 220-7021
ameverett@mcsofl.org

Sincerely,

Brandi Manley
Extradition Coordinator
850.717.9311

CC: David Lustgarten
　　Amanda Everett

# STATE OF FLORIDA

## OFFICE OF THE GOVERNOR
### EXTRADITION REQUISITION AND AGENT APPOINTMENT
(To the Governor of Texas)

**WHEREAS,** it appears by the annexed application for requisition and copies of WARRANT, AFFIDAVIT MADE BEFORE A JUDGE/MAGISTRATE OF THE STATE OF FLORIDA, and allied papers, which I certify are authentic and duly authenticated in accordance with the laws of the State of Florida, that under the laws of this State KEVIN LEWIS WALKER stands charged with the crime(s) of UNLAWFUL FILING OF FALSE DOCUMENTS AGAINST PROPERTY AND EXTORTION, which I certify to be a crime under the laws of this State by intentionally committing a crime in said state or a third state, resulting in the commission of said crime(s) in this State and is now to be found in the State of TEXAS; and

**WHEREAS,** I hereby appoint MARTIN COUNTY SHERIFF JOHN BUDENSIEK and/or authorized agent(s) of the State of Florida to receive KEVIN LEWIS WALKER who is in the custody/jurisdiction of WILLIAMSON COUNTY SHERIFF'S OFFICE, GEORGETOWN, TEXAS, and convey said subject to the State of Florida, to be dealt with according to law.

**NOW, THEREFORE, I, RON DESANTIS,** as Governor of Florida, pursuant to the provisions of the Constitution and the laws of the United States, the laws of the State of Florida and the laws of the State of TEXAS, do hereby respectfully demand that the above-named subject be arrested, secured and delivered to MARTIN COUNTY SHERIFF JOHN BUDENSIEK and/or authorized agent(s) hereby authorized to receive, convey, and transport this subject to this State, to be dealt with according to law.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Florida to be affixed, at Tallahassee, this 5th day of February, 2026.

RON DESANTIS, GOVERNOR

ATTEST:

SECRETARY OF STATE