425TH JUDICIAL DISTRICT COURT

# CASE SUMMARY
## CASE NO. 25-3432-C425

| | | |
|---|---|---|
| Kevin Lewis Walker V. Williamson County Sheriff; Williamson County Jail Administrator; G.Cole Spainhour Magistrate Judge of Williamson County; Assigned Williamson County District Court Judge; State Attorney for the Nineteenth Judicial Circuit of Florida; Sheriff John M. Budensiek, Martin County Sheriff (Florida) and Office of the Governor of Texas (Extradition Authority) | § § § § | Location: **425th Judicial District Court**<br>Judicial Officer: **Lambeth, Betsy F.**<br>Filed on: **12/01/2025** |

---

### CASE INFORMATION

Case Type: **Writ of Habeas Corpus-Civil**
Case Status: **12/01/2025 Filed**

### DATE — CASE ASSIGNMENT

**Current Case Assignment**
Case Number: 25-3432-C425
Court: 425th Judicial District Court
Date Assigned: 12/01/2025
Judicial Officer: Lambeth, Betsy F.

### PARTY INFORMATION

**State of Texas**
- Assigned Williamson County District Court Judge
- Budensiek, John M.
- Martin County Sheriff (Florida)
- Office of the Governor of Texas (Extradition Authority)
- Spainhour, G. Cole
- State Attorney for the Nineteenth Judicial Circuit of Florida
- Williamson County Jail Administrator
- Williamson County Sheriff

**Petitioner**
- Walker, Kevin Lewis

Pro Se

### DATE — EVENTS & ORDERS OF THE COURT — INDEX

**12/01/2025** — Application (OCA)
*Verified Emergency Petition and Demand for Writ of Habeas Corpus due to No Fugitive Status, No Notice or Due Process, No Governor's Warrant, No Probable Cause, and Unlawful Texas Restraint with Hold Harmless and Indemity Offer and Agreement Herein/ Filed by Applicant/ Pro Se*

**12/01/2025** — Case Information Sheet

**12/01/2025** — Demand
*Verified Emergency Demand for Production of Bond, Authority, Commitment, Lawful Basis for Detention, and Immediate Release or PR Bond/ Filed by Applicant/ Pro Se*

**12/01/2025** — Demand

425TH JUDICIAL DISTRICT COURT
# CASE SUMMARY
## CASE NO. 25-3432-C425

| | | |
|---|---|---|
| | Verified Emergency Constitutional Challenge to Unlawful Detention and Demand for Immediate Release/ Filed by Applicant/ Pro Se | |
| 12/04/2025 | **Demand** <br> Verified Emergency Demand for Immediate Bond and/or Bond Hearing and Personal Recognizance Release under Texas Code of Criminal Procedure Art. 51, 13, & 16 / filed by the petitioner / Pro Se | |
| 12/04/2025 | **Demand** <br> Verified Emergency Notice of Unlawful Hold, Detention, and Imprisonment, and Mandatory Release Required / filed by the petitioner / Pro Se | |
| 12/04/2025 | **Demand** <br> Verified Emergency Demand for Proof of Identity, Proof of Valid Commitment Order, Proof of Presence in Florida and Fugitive Status, and Proof of a Valid Governor's Warrant Package / filed by the petitioner / Pro Se | |
| 12/04/2025 | **Affidavit** <br> Verified Affidavit of Facts in Support of Mandatory Immediate Release, Non-Fugitive Status, Unlawful Imprisonment, and Void Extradition / filed by the petitioner / Pro Se | |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Petitioner** Walker, Kevin Lewis | |
| | Total Charges | 374.10 |
| | Total Payments and Credits | 48.20 |
| | **Balance Due as of 02/04/2026** | **325.90** |