NO. E25-049-2

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE COUNTY COURT |
| | § | |
| vs. | § | AT LAW #2 |
| | § | |
| KEVIN LEWIS WALKER | § | WILLIAMSON, TEXAS |

## APPEARANCE OF COUNSELS

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, Jacob Blizzard and Sarah Durham, who hereby file this appearance as counsels of record for Kevin Lewis Walker, Defendant. Defendant retained Jacob Blizzard and Sarah Durham, and consents to their appearance as counsels of record in this case.

Respectfully submitted,

BLIZZARD & ZIMMERMAN
1174 North 3rd St.
Abilene, TX 79601
Tel: (325) 676-1000
Fax: (325) 455-8842


By: /s/ *Jacob Blizzard*
   Jacob Blizzard
   State Bar No. 24068558
   Jacob.blizzard@blizzardlawfirm.com
   Counsel for Kevin Lewis Walker


By: /s/ *Sarah Durham*
   Sarah Durham
   State Bar No. 24116309
   Sarah@blizzardlawfirm.com
   Counsel for Kevin Lewis Walker