FILED
at 4:47 o'clock P M
FEB 0 4 2026
Nancy E. Rister
County Clerk, Williamson Co., TX

NO. E25-049-2

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE |
| | § | |
| vs. | § | COUNTY COURT AT LAW 2 |
| | § | |
| KEVIN LEWIS WALKER | § | WILLIAMSON COUNTY, TEXAS |

### APPLICATION FOR WRIT OF HABEAS CORPUS CHALLENGING CONFINEMENT RELATED TO STALLED EXTRADITION PROCESS

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Kevin Lewis Walker ("Applicant"), by and through undersigned counsels, pursuant to Texas Code of Criminal Procedure arts. 11.01 and 51.13 and respectfully moves this Court to issue a writ of habeas corpus challenging the Applicant's restraint.

Applicant is currently being illegally restrained in the Williamson County Jail in Williamson County, Texas pursuant to a fallible Texas complaint associated with a Florida state warrant unaccompanied by a requisition from Florida's Governor. Consequently, Applicant seeks immediate discharge from Williamson County and relies on the following in support:

1. A writ of habeas corpus is the appropriate remedy when any person is restrained in his liberty, and it commands the person having custody of the prisoner to produce the prisoner and show cause for the restraint. TEX. CODE CRIM. P. ART. 11.01, 11.06(a)(1) and (2).

2. Texas adopted the Uniform Criminal Extradition Act ("UCEA") which sets forth the minimum procedural requirements placed upon a demanding state and the asylum state. *See Ex parte Bornhop*, 654 S.W.3d 195, 198 (Tex. App.—Austin 2022, no pet.).

3. Applicant was arrested in Williamson County on November 28, 2025 and has been held in the Williamson County jail since. As of today, he has been held based on a Williamson County complaint.