SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Williamson County Sheriff
508 S Rock Street
Georgetown, TX 78626



9590 9402 8245 3094 8633 58

2. Article Number (Transfer from service label)

9589 0710 5270 2121 5146 09

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt



USPS TRACKING #

9590 9402 8245 3094 8633 58

United States Postal Service

RECEIVED
FEB 02 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY TP DEPUTY CLERK

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box●

Clerk, U. S. District Court
501 W 5th Street, Suite 1100
Austin, Texas 78701

1:25-cv-2153