IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **KEVIN LEWIS WALKER #25-214532** | § | |
| | § | |
| **V.** | § | **1:25-CV-2153-ADA** |
| | § | |
| **STATE OF TEXAS, et al.** | § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this date, the court dismissed Movant Kevin Lewis Walker's application for habeas corpus relief pursuant to 28 U.S.C. § 2241 and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in the cause have been resolved, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Movant Kevin Lewis Walker's application for habeas corpus relief pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED WITHOUT PREJUDICE**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SIGNED** on February 13, 2026

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE